FILED: April 7, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1733
(4:15-cv-00054-RGD-DEM)

_____

G. G., by his next friend and mother, Deirdre Grimm

      Plaintiff - Appellee

v.

GLOUCESTER COUNTY SCHOOL BOARD

      Defendant - Appellant

_____

J U D G M E N T

_____

In accordance with the decision of this court, the district court preliminary injunction entered June 23, 2016 is vacated.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK